UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KAREEM HENDRICKS,

                       Plaintiff,

   -against-                                      9:04-CV-0744
                                                        (LEK/DRH)

RICHARD KNIGHT, Correction Officer;
ROBERT D. HODSON, Correction Officer;
JAMES R. SULLIVAN, Correction Officer;
JOHN M. Hai, Correction Officer; ALBERT G.
RODRIGUEZ, Correction Officer; D. ANDROSKO,
Registered Nurse; SERGEANT CHILSON; and
J. BURGE, Superintendent,

                       Defendants.

### DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on August 31, 2006, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 25).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Federal Rule of Civil Procedure 72(b), in compliance with Local Rule 72.1.  In the interval of at least fifteen days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

1

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 25) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' motion for partial summary judgment (Dkt. No. 22) is **GRANTED**, and that judgment is entered for Defendants on Hendricks' second, third, and fourth causes of action and that Defendants **ANDROSKO**, **CHILSON**, and **BURGE** are **TERMINATED** from the case; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   September 29, 2006
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge